**DISMISS; and Opinion Filed November 2, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00852-CV

## PAYSON PETROLEUM, INC. AND MATTHEW CARL GRIFFIN, Appellants
### V.
## J. MICHAEL WHEELER AND JMW BROWN #1, LLC, Appellees

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-06306**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Fillmore and Stoddart
Opinion by Justice Fillmore

Before the Court is the parties' joint motion to dismiss. The parties have informed the

Court that they have settled their differences. Accordingly, we grant the parties' motion and

dismiss the appeal and cross-appeal. *See* TEX. R. APP. P. 42.1(a).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

140852F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

PAYSON PETROLEUM, INC. AND
MATTHEW CARL GRIFFIN, Appellants

No. 05-14-00852-CV     V.

J. MICHAEL WHEELER AND
JMW BROWN #1, LLC, Appellees

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-12-06306.
Opinion delivered by Justice Fillmore.
Chief Justice Wright and Justice Stoddart
participating.

In accordance with this Court's opinion of this date, the appeal and cross-appeal are **DISMISSED**.

It is **ORDERED** that the parties bear their own costs of this appeal.

Judgment entered this 2nd day of November, 2015.